IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RAMOS SANDERS,

        Plaintiff,

vs.

RICHARD WATSON, et al.,

        Defendants.

Case No. 15-cv-142-SMY-PMF

**MEMORANDUM AND ORDER**

        This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 37) of Magistrate Judge Philip M. Frazier recommending this Court grant Defendants' Motion to Dismiss for Failure to Exhaust Administrative Remedies (Doc. 26). Judge Frazier recommends that Counts 1 and 2 of Plaintiff's Complaint be dismissed without prejudice.

        The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

        The Court, having received no objection to the Report, has reviewed Plaintiff's motions and case history and finds that the Report is not clearly erroneous. Accordingly, the Court **ADOPTS** the Report of Magistrate Judge Frazier (Doc. 37), **GRANTS** Defendants' Motion to Dismiss and dismisses Counts 1 and 2 of Plaintiff's Complaint. As a result, no claims remain and this case is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

**DATED:** July 25, 2016

        s/ Staci M. Yandle
        **STACI M. YANDLE**
        **DISTRICT JUDGE**